**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**CRAIG ARNOLD SMITH,**

    **Plaintiff,**

**v.**                                           **CASE NO. 5:17cv202-MCR-CJK**

**NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,**

    **Defendant.**

_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 12, 2018. ECF No. 18. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.  The decision of the Commissioner is REVERSED and the matter is REMANDED for a determination of the Step 5 issue – whether work exists in significant numbers in the national economy that accommodates plaintiff's RFC.

3.  The clerk is directed to enter judgment in favor of the claimant and close the file.

**DONE AND ORDERED** this 14th day of May 2018.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**