UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CRAIG ARNOLD SMITH,

    Plaintiff,

v().                                          Case No. 5:17cv202-MCR-CJK

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

This is a social security case in which the undersigned entered a Report and Recommendation (doc. 18) recommending the matter be reversed and remanded for a determination of whether work exists in significant numbers in the national economy that accommodates plaintiff's residual functional capacity. The district judge adopted the Report and Recommendation, *see* doc. 19, reversing and remanding the matter. Plaintiff has now moved for attorney's fees in the amount of $6,992.87, which represents 35.0 hours of attorney time at a rate of $196.25 per hour for 2017 and $200.00 per hour for 2018. *See* doc. 21. According to plaintiff, the

Commissioner has no objection to an award of attorneys' fees, as requested. Having considered plaintiff's motion and the lack of objection by the Commissioner, the undersigned finds plaintiff's motion should be granted.

Accordingly, it is respectfully RECOMMENDED:

1. That plaintiff be awarded a reasonable fee under the Equal Access to Justice Act in the amount of $6,992.87, to be paid by defendant Commissioner within a reasonable time of this order.

2. That the Commissioner be required to follow *Astrue v. Ratliff*, but make prompt payment of the amount due, as no showing of an outstanding federal debt has been made to date.

3. That the clerk be directed to close the file.

DONE AND ORDERED this 28th day of June, 2018.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 5:17cv202-MCR-CJK

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**