**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**CRAIG ARNOLD SMITH,**

    **Plaintiff,**

**v.**                                  **CASE NO. 5:17cv202-MCR-CJK**

**NANCY A. BERRYHILL, Acting
Commissioner of Social Security,**

    **Defendant.**
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 28, 2018. ECF No. 22. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff is awarded a reasonable fee under the Equal Access to Justice Act in the amount of $6,992.87, to be paid by defendant Commissioner within a reasonable time of this Order.

3. The Commissioner shall follow *Astrue v. Ratliff*, but make prompt payment of the amount due, as no showing of an outstanding federal debt has been made to date.

4. The clerk shall close the file.

**DONE AND ORDERED** this 30th day of July 2018.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**